1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

TAMMISHIA YOUNGER-CONDELL,

Plaintiff,

v.

U.S. DEPARTMENT OF VETERANS
AFFAIRS, et al.,

Defendants.

Case No.  1:19-cv-01668-DAD-EPG

ORDER GRANTING STIPULATION
AMENDING SCHEDULING CONFERENCE
ORDER

(ECF No. 18)

12

13

14

15

16

17

18

Before the Court is the parties' stipulation seeking to modify the Scheduling Order in this

case. (ECF No. 18.)

19

20

According to the current schedule in this case, non-expert discovery, expert discovery, and

dispositive motion filing deadlines have passed, and the pretrial conference is currently set for

January 31, 2022. (ECF No. 12.) No party has filed a dispositive motion. The Court received the

stipulation on December 22, 2021, indicating that the parties have only engaged in discovery by

completing initial disclosures and taking depositions. (ECF No. 18.) The parties jointly request a

year extension of all dates on the basis of settlement discussions. (*Id.*)

21

22

23

24

25

Local Rule 144 requires counsel to seek to obtain any necessary extensions as soon as the

need for the extension becomes apparent. E.D. Cal. L.R. 144(d). Requests for Court-approved

extensions brought after the applicable deadline are looked upon with disfavor. *Id.*

26

27

28

1

1    While it appears that this case has not been litigated in earnest by either side, in light of

2    the parties' stipulation and intention to engage in settlement discussions, the Court will grant the

3    request. However, no further extensions will be granted absent good cause, which will be

4    narrowly construed. If the parties do not complete discovery or otherwise comply with the

5    applicable deadlines, preclusion of evidence will be considered.

6    Accordingly, IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 12) as

7    previously modified (ECF No. 17), is further modified as follows:

8

9

| Event | Deadline/Date |
|-------|---------------|
| Nonexpert Discovery: | February 28, 2022 |
| Expert Disclosure: | March 29, 2022 |
| Rebuttal Expert Disclosure: | April 28, 2022 |
| Expert Discovery Cutoff: | July 28, 2022 |
| Dispositive Motion Filing Deadline: | August 26, 2022 |
| **Pretrial Conference:** | **Date:  January 30, 2023**<br>**Time: 1:30 PM**<br>**Dept:  5 (DAD)** |

18    All other terms and conditions of the Scheduling Order remain in full force and effect. As

19    stated in the Scheduling Order, a trial date has not been set. (*See* ECF No. 12*.*)

20    The Court further sets a Status Conference for **May 9, 2022 at 1:30 PM in Courtroom 10**

21    **(EPG)** before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is

22    directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

23    The parties are directed to file a joint status report one full week prior to the conference and email

24    a copy of the same, in Word format, to epgorders@caed.uscourts.gov.

25

    IT IS SO ORDERED.

26

27    Dated:    **January 4, 2022**                    /s/ Erica  P.  Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

28

                                                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28