PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMISHIA YOUNGER-CONDELL,<br><br>            Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>            Defendants. | Case No. 1:19-cv-01668-ADA-EPG<br><br>**ORDER RE: STIPULATION TO CONTINUE DEADLINE FOR FILING DISPOSITIONAL DOCUMENTS** |

The parties to this action hereby stipulate and request that the Court enter an order continuing until November 18, 2022, the deadline (*see* Minutes, ECF No. 26) for filing dispositional documents in this matter.  The parties have executed a complete and final settlement agreement and are awaiting processing of the settlement payment by the Judgment Fund.

Respectfully submitted,

Dated:  October 28, 2022
PHILLIP A. TALBERT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

1


| | |
|---|---|
| Dated: October 28, 2022 | HERR PEDERSEN & BERGLUND LLP |
| | [Authorized October 27, 2022] |
| | /s/ Rachele Berglund |
| | RACHELE BERGLUND<br>Attorneys for Plaintiff |

**ORDER**

Based on the parties' stipulation (ECF No. 27), IT IS ORDERED that the parties shall file appropriate dispositional documents by no later than November 18, 2022.

IT IS SO ORDERED.

Dated: **October 28, 2022**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

3