PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMISHIA YOUNGER-CONDELL<br><br>               Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>               Defendants. | Case No. 1:19-cv-01668-ADA-EPG<br><br>**ORDER RE: STIPULATION TO CONTINUE DEADLINE FOR FILING DISPOSITIONAL DOCUMENTS** |

The parties to this action hereby stipulate and request that the Court enter an order further continuing until December 9, 2022, the deadline (*see* Order, ECF No. 28) for filing dispositional documents in this matter. The parties executed a complete and final agreement to settle all claims in this matter but continue to await processing of the settlement payment by the Judgment Fund.

//

//

1

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated:  November 18, 2022 | PHILLIP A. TALBERT |
|   |  | United States Attorney |
| 3 |  |  |
| 4 |  | /s/ Benjamin E. Hall |
|   |  | BENJAMIN E. HALL |
| 5 |  | Assistant U.S. Attorney |
|   |  | Attorney for Defendants |
| 6 |  |  |
| 7 | Dated:  November 18, 2022 | HERR PEDERSEN & BERGLUND LLP |
| 8 |  | [Authorized November 18, 2022] |
| 9 |  | /s/ Rachele Berglund |
|   |  | RACHELE BERGLUND |
| 10 |  | Attorneys for Plaintiff |

**ORDER**

Based on the parties' stipulation (ECF No. 29), IT IS ORDERED that the parties shall file appropriate dispositional documents by no later than December 9, 2022.

IT IS SO ORDERED.

Dated: __**November 21, 2022**__             /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE