UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMISHIA YOUNGER-CONDELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01668-ADA-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 31). |

On November 29, 2022, the parties filed a joint stipulation for dismissal with prejudice and with each party to bear its own costs, expenses, and attorneys' fees. (ECF No. 31). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**November 30, 2022**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1